# PD-1272-15

FILED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

No. _____

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

PAUL ANTWANN HARLAN #1969190
Petitioner,

V.

THE STATE OF TEXAS
Respondent,

*06-14-00236-CR*

From Appeal No. ~~05-14-01333-CR~~
Trial Cause No. F13-56882-K
Dallas County, Texas

## First motion For Extension Of Time To File Petition For Discretionary Review

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Paul Antwann Harlan, Petitioner, and files this Motion for an extension of sixty (60) days in which to file a petition for Discretionary Review. in support of this motion, appellant shows the Court the following:

### I.

The Petitioner was convicted in the 4th District Court of Dallas County, Texas of the offense of Aggrevated Robbery in Cause No. F13-56882-K, styled STATE OF TEXAS vs Paul Antwann Harlan. The petitioner appealed to the Court of Appeals, 6th Supreme Judicial District. The case was affirmed September 3, 2015.

### II.

The present deadline for filing the Petition for Discretionary Review is October 3, 2015. The Petitioner has not requested any extension prior to this request.

(1)

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until September 11, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Julie Woods, has informed Petitioner that she will not represent him on the Petition for Discretionary review.

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 05-14-01535-CR to December 2, 2015.

Petitioner, Pro se
TDCJ-Institutional Div.
French Robertson Unit
TDCJ-ID#1969190
Abilene, Texas 79601

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First motion for Extension of Time to file a Petition for Discretionary Review has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for Respondent, G. Brian garrison at 133 N. Riverfront Blvd; LB19, and to the State prosecuting Attorney, P.O. Box 12405, Austin, TX 78711 on this the 23 day of September, 2015.

Petitioner, Pro se

I, Paul Antwann Harlan, TDCJ# 1969190, being presently incarcerated in the French Robertson unit of the Texas Department of Criminal justice in Jones County, Texas, verify and declare under the penalty of perjury that the foregoing statements are true and correct. Executed on this the 23 day of September, 2015.

Paul Antwaan Harlan #1969190